Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-651**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025



## Title

| | |
|---|---|
| Title of Work: | Harvest Moon |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | September 14, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | William Henry Jacobs |
| Pseudonym: | Billy Jacobs |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Year Born: | 1958 |
| Year Died: | 2021 |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | THE ART GALLERY OF BILLY JACOBS, LTD |
| | 28 Canal St. W., Navarre, OH, 44662, United States |
| Transfer statement: | By inheritance |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Penny Lane Fine Art Licensing |
| Name: | Melissa Anne Elleman |
| Email: | melleman@pennylanepublishing.com |
| Telephone: | (937)849-1101 |
| Address: | 1791 Dalton Drive |

Page 1 of 2

New Carlisle, OH 45344 United States

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 06, 2025 |
| **Applicant's Tracking Number:** | BJ2025050104 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-460-542**

**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
September 03, 2025

## Title

|   |   |
|---|---|
| **Title of Work:** | Autumn Gold |

## Completion/Publication

|   |   |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | February 13, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

|   |   |
|---|---|
| **Author:** | William Henry Jacobs |
| **Pseudonym:** | Billy Jacobs |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Year Born:** | 1958 |
| **Year Died:** | 2021 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | THE ART GALLERY OF BILLY JACOBS, LTD<br>28 Canal St. W., Navarre, OH, 44662, United States |
| **Transfer statement:** | By inheritance |

## Rights and Permissions

|   |   |
|---|---|
| **Organization Name:** | Penny Lane Fine Art Licensing |
| **Name:** | Melissa Anne Elleman |
| **Email:** | melleman@pennylanepublishing.com |
| **Telephone:** | (937)849-1101 |
| **Address:** | 1791 Dalton Drive |

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050101



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-733

**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

---

### Title

**Title of Work:** Dark and Stormy Night

### Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 04, 2016
**Nation of 1st Publication:** United States

### Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

### Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

Page 1 of 2

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050103



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-652**

**Effective Date of Registration:**
May 06, 2025

**Registration Decision Date:**
July 23, 2025



## Title

| | |
|---|---|
| **Title of Work:** | High Cotton |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 04, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | William Henry Jacobs |
| **Pseudonym:** | Billy Jacobs |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Year Born:** | 1958 |
| **Year Died:** | 2021 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | THE ART GALLERY OF BILLY JACOBS, LTD<br>28 Canal St. W., Navarre, OH, 44662, United States |
| **Transfer statement:** | By inheritance |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art Licensing |
| **Name:** | Melissa Anne Elleman |
| **Email:** | melleman@pennylanepublishing.com |
| **Telephone:** | (937)849-1101 |
| **Address:** | 1791 Dalton Drive |

Page 1 of 2

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050105

