**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE ART GALLERY OF BILLY JACOBS, LTD,

    Plaintiff,                                    Case No.: 1:26-cv-02097

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | gaoweijingpindian |
| 2 | 碌碌无为 |
| 3 | xiangfenxianbaohuishangmaoyouxiangongsi |
| 4 | Sook Sook a decorative poster shop |
| 5 | ZaoYangShiSenBoJianCaiYouXianGongSi |
| 6 | li xiong Panda poster |
| 7 | shan shan Promotion poster |
| 8 | wen xin Warm poster |
| 9 | Spiritual Inspiration |
| 10 | ZHENGMEIGE |
| 11 | hai xiong Ok poster |
| 12 | BUI DUC TAM NB |
| 13 | jiangxianshuaixianshangmaoyouxiangongsi |
| 14 | ĐỨC 2LAND |
| 15 | jing elaborate poster |
| 16 | Zetian alone is bright |
| 17 | Hello, my friend |
| 18 | LILIJAIQWOYUGUOGUO |
| 19 | xunwuxianxiaoshanyinxiangyouchakejiyouxiangongsi |
| 20 | ZYXJY |
| 21 | JIE CHUANG |
| 22 | Pwigs |
| 23 | LANIN STORE |

| 24 | Lohastation |
|----|-------------|
| 25 | DingYuTing |
| 26 | GuangZhouYiWuShangMao |
| 27 | 金华市淑徽服饰有限公司 |
| 28 | deyangzhiguangshanxi |
| 29 | henanhongyangzhuangshisheji |
| 30 | xinaomeishangmaohang |
| 31 | ShiBoDs-US |
| 32 | fupengfei1991 |
| 33 | xianyoudaizhuangmaoyiyouxiangongsi |
| 34 | ChenYan Trading Co., Ltd. |
| 35 | Lingjue E-commerce |
| 36 | Yuanbo E-commerce Shop |
| 37 | Misxi Direct |
| 38 | Homez Mall |
| 39 | Great Trading LLC |
| 40 | Johny |
| 41 | Mchu Dream Home |
| 42 | BUHOLO |
| 43 | GChiGo SARL |
| 44 | Miyamoon Sarl |
| 45 | Ruynee |
| 46 | ZENIE |
| 47 | zhongtaolin |
| 48 | weiweishangmao |
| 49 | Baguery |
| 50 | Zephyr Style |
| 51 | Serenitao poster |
| 52 | Surprise poster style |
| 53 | mirarii poster |
| 54 | LJposter |
| 55 | NickyMecky |
| 56 | HomeyBazaar |
| 57 | fucishangmao |
| 58 | Cyan poster |
| 59 | Zhizhentang Business |
| 60 | poster draw |

| 61 | CRAZY WORLD People Shop |
|----|--------------------------|
| 62 | Elysini poster |
| 63 | Yingluan Wall art |
| 64 | Prairie Chroma |
| 65 | LIVVOY |
| 66 | Elysian Gallery NB |
| 67 | Nine Heavenly |
| 68 | Furnsa |
| 69 | Luxe Fine Art |
| 70 | Zagirs |
| 71 | ArtNest Studio |
| 72 | LLLCCC |
| 73 | YY ART WALL |
| 74 | FurniVoy |
| 75 | HiiiH |
| 76 | MedWood |
| 77 | CHILIT |
| 78 | MSM Decorative paintings and posters |
| 79 | Sundovetail |
| 80 | NebulaFurnish |
| 81 | FurniCasa |
| 82 | DIESUTY |
| 83 | PixelHome |
| 84 | FurniPath |
| 85 | HOMIQE |
| 86 | LoopHome |
| 87 | Vivaen |
| 88 | Globetd |
| 89 | Nimbliqq |
| 90 | MinimalismGlam |
| 91 | LINPINLT |
| 92 | Zyphoray |
| 93 | Modnook |
| 94 | LUONI JINGXUAN |
| 95 | Swiftty |
| 96 | TripleAurora Bazaar |
| 97 | junshengboutique |
| 98 | HmLux |

| 99  | junshengyingyin |
|-----|-----------------|
| 100 | Blinkrae |
| 101 | Vivoraa |
| 102 | Stellarar |
| 103 | Vexony |
| 104 | iDream Home |
| 105 | Love what you love and think what you think |
| 106 | Goya Pf |
| 107 | Premiumeed |
| 108 | Quibelley |
| 109 | Zestifye |
| 110 | Umailjds |
| 111 | Globexty |
| 112 | OneRse |
| 113 | OKSMW |
| 114 | Meiwu Supermarket |
| 115 | Welcome Liangpindian |
| 116 | huangyuzheng |
| 117 | LivSpaze |
| 118 | Sylphoray |
| 119 | Zieng Preferred |
| 120 | R Fast decorative painting |
| 121 | CarbonZero |
| 122 | ScandiNest |
| 123 | NATIVELIV |
| 124 | Glintrae |
| 125 | Kaleidoqe |
| 126 | Waviquee |
| 127 | Hiroshi Poster |
| 128 | Cloud Ne |
| 129 | Elegantda |
| 130 | Homefisi home |
| 131 | Aurorisey |
| 132 | Wood Whi |
| 133 | Flickraa |
| 134 | ZyyCws |
| 135 | Veloraey |