Exhibit 1

**004 Sook Sook a decorative poster shop**

Case: 1:26-cv-02097 Document #: 31-4 Filed: 06/02/26 Page 3 of 17 PageID #:490

# Order Summary

Order placed March 27, 2026  |  Order # 114-6859900-8153856

**Ship to**

███████████
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in ████

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.90 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $22.89 |
| Estimated tax to be collected: | $1.94 |
| **Grand Total:** | **$24.83** |

**Arriving April 8**



DUYIGCR Harvest Moon by Jacobs, Billy Art Wall Decoration Poster Family Bar Restaurant Garage Cafe Art Sign Gift Unframe-style 12x18inch(30x45cm)

Sold by: Sook Sook a decorative poster shop
Supplied by: Other

$18.90

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑☒

© 1996–2026, Amazon.com, Inc. or its affiliates

**005 ZaoYangShiSenBoJianCaiYouXianGongSi**

Case: 1:26-cv-02097 Document #: 31-4 Filed: 06/02/26 Page 5 of 17 PageID #:492

# Order Summary

Order placed December 23, 2025    Order # 112-2172209-5996233

| | | |
|---|---|---|
| **Ship to** | **Payment method** | **Order Summary** |
| ▮▮▮▮▮▮▮ | Visa  ending in ▮▮▮▮ | Item(s) Subtotal: $15.00 |
| 15TH FLOOR 1111 W 35TH ST | ( View related transactions ) | Shipping & Handling: $1.90 |
| CHICAGO, IL 60609-1404 | | Total before tax: $16.90 |
| United States | | Estimated tax to be collected: $1.54 |
| | | **Grand Total: $18.44** |

## Arriving January 8 - January 12

 Ghost Harvest Moon Canvas Poster Modern Aesthetic Painting Wall Art Canvas Poster Wall Art Decor Print Picture Paintings for Living Room Bedroom Decoration Unframe: Unframe:12x18inch(30x45cm

Sold by: ZaoYangShiSenBoJianCaiYouXianGongSi

Supplied by: Other

$15.00

Back to top

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**008 wen xin Warm poster**

# Order Summary

Order placed March 27, 2026   |   Order # 114-2223325-7762639

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa  ending in ▮▮ | Item(s) Subtotal: | $52.00 |
| 15TH FLOOR 1111 W 35TH ST | [ View related transactions ] | Shipping & Handling: | $16.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $68.00 |
| United States | | Estimated tax to be collected: | $5.33 |
| | | **Grand Total:** | **$73.33** |

## Arriving April 9 - April 20



Cwxkgl Wagon on Farm with Pumpkins Moon Poster Canvas Print Art Decoration Wall Art Painting Print Modern Aesthetic Suitable for Living Room, Bedroom Decoration, Framed or Unframed (16×24inch framed)

Sold by: wen xin Warm poster

Supplied by: Other

$52.00

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗

© 1996-2026, Amazon.com, Inc. or its affiliates

**012 BUI DUC TAM NB**

# Order Summary

Order placed December 23, 2025      Order # 112-7218097-8687419

**Ship to**

███████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in ████████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.48 |
| Shipping & Handling: | $3.52 |
| Total before tax: | $18.00 |
| Estimated tax to be collected: | $1.48 |
| **Grand Total:** | **$19.48** |

**Arriving January 6 - January 8**



BMWZX Harvest Moon By Billy Jacobs Poster Canvas Print Wall Art Modern Classroom Kitchen Bedroom Room Aesthetics Decoration Unframed and Framed (unframed,08x12 inch)
Sold by: BUI DUC TAM NB
Supplied by: Other
$14.48

Back to top

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**014 ĐỨC 2LAND**

Case: 1:26-cv-02097 Document #: 31-4 Filed: 06/03/26 Page 11 of 17 PageID #:498

# Order Summary

Order placed December 23, 2025     Order # 112-9684704-2593038

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| ▮▮▮▮▮ | Visa ending in ▮▮▮ | Item(s) Subtotal: | $12.90 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $3.16 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $16.06 |
| United States | | Estimated tax to be collected: | $1.32 |
| | | **Grand Total:** | **$17.38** |

**Arriving January 8**



BybiO Spooky Harvest Moon Poster Primitive Farm Barn Pumpkin Full Moon Truck Canvas Print Halloween Wall Art Modern Classroom Kitchen Bedroom Room Aesthetics Decor (08×12inch,Unframed)

Sold by: ĐỨC 2LAND

Supplied by: Other

$12.90

Back to top

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**018 LILIJAIQWOYUGUOGUO**

# Order Summary

Order placed December 23, 2025     Order # 112-7309531-5269863

**Ship to**

███████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in ███████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.00 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.00 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$20.95** |

**Arriving January 5 - January 7**



Harvest Moon by Billy Jacobs Poster Canvas Painting Print Wall Art Modern Living Room Kitchen Posters Bedroom Room Aesthetics Decor 08x12inch(20x30cm) Unframe-style
Sold by: LILIJAIQWOYUGUOGUO
Supplied by: Other
$19.00

Back to top

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**024 Lohastation**

# Order Summary

Order placed December 23, 2025     Order # 112-9269197-7464246

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| ▅▅▅▅▅▅▅ | Visa  ending in ▅▅▅ | Item(s) Subtotal: | $19.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $19.99 |
| United States | | Estimated tax to be collected: | $2.05 |
| | | **Grand Total:** | **$22.04** |

## Arriving December 30 - January 2



Framed Billy Jacobs Canvas Wall Art, Country Barn Farm Primitive Folk Art Print for Bedroom Living Room Decor(8"x10" Black Frame).

Sold by: Lohastation

Supplied by: Other

$19.99

Back to top

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**033 xianyoudaizhuangmaoyiyouxiangongsi**

Case: 1:26-cv-02097 Document #: 31-4 Filed: 06/02/26 Page 17 of 17 PageID #:504

# Order Summary

Order placed December 23, 2025     Order # 112-0621202-8532206

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮ | Visa  ending in ▮▮▮▮ | Item(s) Subtotal: | $12.90 |
| 15TH FLOOR 1111 W 35TH ST | [View related transactions] | Shipping & Handling: | $5.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $17.90 |
| United States | | Estimated tax to be collected: | $1.32 |
| | | **Grand Total:** | **$19.22** |

### Arriving January 8 - January 12



Farm Country by Billy Jacobs,art Poster Poster Cool Artworks Painting Wall Art Canvas Prints Hanging Picture Home Decor Posters Gift Idea 08x12inch(20x30cm)
Sold by: xianyoudaizhuangmaoyiyouxiangongsi
Supplied by: Other
$12.90

Back to top

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates