## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

THE ART GALLERY OF BILLY JACOBS, LTD,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-02097

Judge Andrea R. Wood

Magistrate Judge Maria Valdez

## **DECLARATION OF SHIRLEY A. TRUSKY**

I, SHIRLEY A. TRUSKY, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the owner of The Art Gallery of Billy Jacobs (the "Billy Jacobs Art Gallery") and the sister of the late Billy Jacobs ("Jacobs"). The Billy Jacobs Art Gallery owns the copyrights to the Billy Jacobs Works. Jacobs was the artist who created the Billy Jacobs Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     Billy Jacobs was a painter who specialized in acrylic and watercolor paintings of the rural American countryside. He began his professional career in the early 1980s in the country gift industry as a woodcrafter and designer, creating handcrafted wood products and primitive décor. By 2006, Jacobs focused his artistic practice on painting, depicting scenes of rural life, including barns, covered bridges, churches, farmsteads, and other

1

countryside subjects. His paintings of the simple American lifestyle and days gone by bring a nostalgic comfort to the viewer and has made him one of today's most sought-after artists. His artwork is sold on a variety of products, ranging from framed prints and stretched canvases to home goods like dinnerware and pillows.

4. The Billy Jacobs Art Gallery is the official source of products associated with the Billy Jacobs Works (the "Billy Jacobs Products"):



BJ1134 - Sunshine - 16x12
Billy Jacobs

$15.00



BJ108A - Grandma's House - 16x12
Billy Jacobs

$15.00



BJ1094 - Harvest Moon - 16x12
Billy Jacobs

$15.00



BJ1075 - Morning Has Broken - 24x18
Billy Jacobs

$24.00



BJ1162 - Remember When - 16x12
Billy Jacobs

$15.00



BJ1270 - Remembering the Night - 16x12
Billy Jacobs

$15.00

https://pennylanefineart.com/collections/billy-jacobs-prints

5. The Billy Jacobs Art Gallery is the owner of the copyright registrations for the Billy Jacobs copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-453-651; VA 2-460-542; VA 2-453-733; and VA 2-453-652 (the "Billy Jacobs Works").

6. The success of the Billy Jacobs Works has resulted in significant infringement of the copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive

2

internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in First Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Billy Jacobs Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Billy Jacobs Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Billy Jacobs Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Billy Jacobs Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with the Billy Jacobs Art Gallery and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate the Billy Jacobs Art Gallery for the ongoing infringement because monetary damages fail to address the loss of control of and damage to the Billy Jacobs Art Gallery's reputation, goodwill, and control over the nature of the derivative works made using its copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to its reputation and goodwill by acts of infringement.

9. The Billy Jacobs Art Gallery's goodwill and reputation are irreparably damaged when the Billy Jacobs Works are used on unauthorized goods. It is further irreparably harmed by the unauthorized use of the Billy Jacobs copyrighted materials because

infringers take away its ability to control the nature and quality of products bearing the Billy Jacobs Works and derivative works.

10.     The Billy Jacobs Art Gallery is further irreparably damaged due to a loss of exclusivity. The copyright rights in the Billy Jacobs Works are meant to be exclusive rights.

11.     The marketing and distribution of the Billy Jacobs Works and derivative works are aimed at growing and sustaining sales. When infringers use the Billy Jacobs Works without authorization, the exclusivity associated with the Billy Jacobs Works, as well as the Billy Jacobs Art Gallery's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12.     Uncontrolled profiteering and pirating of the Billy Jacobs Works create the impression that the copyright rights associated with the Billy Jacobs Works may be infringed with impunity. The Billy Jacobs Works are distinctive and signify to consumers that the products are authorized by the Billy Jacobs Art Gallery and are manufactured to its high-quality standards. When infringers use the Billy Jacobs Works on goods without authorization, the exclusivity of the Billy Jacobs Art Gallery's products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Billy Jacobs Works cannot be compensated for financially since it erodes the Billy Jacobs Art Gallery's ability to monetize the Billy Jacobs Works.

13.     The Billy Jacobs Art Gallery will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2026.

4

Shirley A. Trusky

_____

Shirley A. Trusky