**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE ART GALLERY OF BILLY JACOBS, LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-02097

Judge Andrea R. Wood

Magistrate Judge Maria Valdez

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE
SUPPLEMENTAL DEFAULT MEMORANDUM**

Plaintiff, THE ART GALLERY OF BILLY JACOBS, LTD. ("Plaintiff"), respectfully moves this Court for an extension of time, until July 20, 2026, to file the supplemental memorandum required by this Court's Minute Entry Order [33].

On June 4, 2026, this Court entered Minute Entry Order [33] directing Plaintiff to file a supplemental memorandum addressing, in part, whether service was proper in light of the Seventh Circuit's recent ruling in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by June 18, 2026. Plaintiff requires additional time to thoroughly research the Defendants' addresses, compile information, and complete the analysis necessary to address the Court's inquiry. Plaintiff therefore requests that the Court grant this motion and extend the deadline to file the supplemental default memorandum until July 20, 2026.

DATED: June 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>/s/ *Keith A. Vogt*</u>
Keith A. Vogt, Esq.