AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-02097 | DATE FILED<br>2/25/2026 | Northern District of Illinois |
| PLAINTIFF<br>The Art Gallery Of Billy Jacobs, Ltd | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 9/16/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-651**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Harvest Moon

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 14, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050104


"Harvest Moon"
© Billy Jacobs

# Certificate of Registration

SEAL·OF·THE·UNITED·STATES·COPYRIGHT·OFFICE·1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-460-542**

**Effective Date of Registration:**
May 06, 2025

**Registration Decision Date:**
September 03, 2025

## Title

**Title of Work:** Autumn Gold

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 13, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050101


"Autumn Gold"
© Billy Jacobs

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-733**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Dark and Stormy Night

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 04, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050103


"Dark and Stormy Night"
© Billy Jacobs

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-652**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** High Cotton

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 04, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050105


"High Cotton"
© Billy Jacobs

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

The Art Gallery Of Billy Jacobs, Ltd

Plaintiff,

v.

Case No.: 1:26−cv−02097
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/15/2026. For the reasons stated on the record, Plaintiff's motion for entry of default and default judgment [30] is granted. Enter Default Judgment Order. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE ART GALLERY OF BILLY JACOBS, LTD,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | No. 26-cv-02097<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff THE ART GALLERY OF BILLY JACOBS, LTD (the "Billy Jacobs Art Gallery" or "Plaintiff") against the defendants identified on First Amended Schedule A and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto that have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-453-651; VA 2-460-542; VA 2-453-733; and VA 2-453-652 (the "Billy Jacobs Works") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

   a. using the Billy Jacobs Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine Billy Jacobs product or not authorized by Plaintiff to be sold in connection with the Billy Jacobs Works;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Billy Jacobs product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Billy Jacobs Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including the Billy Jacobs Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell infringing goods using the Billy Jacobs Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Billy Jacobs Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Billy Jacobs product or not authorized by Plaintiff to be sold in connection with the Billy Jacobs Works.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Billy Jacobs Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Billy Jacobs Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Amazon,

are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Final Judgment.

Dated: September 15, 2026

Andrea R. Wood
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | [redacted] |
| 2 | [redacted] |
| 3 | [redacted] |
| 4 | [redacted] |
| 5 | ZaoYangShiSenBoJianCaiYouXianGongSi |
| 6 | [redacted] |
| 7 | [redacted] |
| 8 | [redacted] |
| 9 | [redacted] |
| 10 | [redacted] |
| 11 | [redacted] |
| 12 | BUI DUC TAM NB |
| 13 | [redacted] |
| 14 | ĐỨC 2LAND |
| 15 | [redacted] |
| 16 | [redacted] |
| 17 | [redacted] |
| 18 | [redacted] |
| 19 | [redacted] |
| 20 | [redacted] |
| 21 | [redacted] |
| 22 | [redacted] |
| 23 | [redacted] |
| 24 | Lohastation |
| 25 | [redacted] |
| 26 | [redacted] |
| 27 | [redacted] |
| 28 | [redacted] |
| 29 | [redacted] |
| 30 | [redacted] |
| 31 | [redacted] |
| 32 | [redacted] |
| 33 | xianyoudaizhuangmaoyiyouxiangongsi |
| 34 | [redacted] |
| 35 | [redacted] |

| | |
|---|---|
| 36 | [redacted] |
| 37 | [redacted] |
| 38 | [redacted] |
| 39 | [redacted] |
| 40 | [redacted] |
| 41 | [redacted] |
| 42 | [redacted] |
| 43 | [redacted] |
| 44 | [redacted] |
| 45 | [redacted] |
| 46 | [redacted] |
| 47 | [redacted] |
| 48 | [redacted] |
| 49 | [redacted] |
| 50 | [redacted] |
| 51 | [redacted] |
| 52 | [redacted] |
| 53 | [redacted] |
| 54 | [redacted] |
| 55 | [redacted] |
| 56 | [redacted] |
| 57 | [redacted] |
| 58 | [redacted] |
| 59 | [redacted] |
| 60 | [redacted] |
| 61 | [redacted] |
| 62 | [redacted] |
| 63 | [redacted] |
| 64 | [redacted] |
| 65 | [redacted] |
| 66 | [redacted] |
| 67 | [redacted] |
| 68 | [redacted] |
| 69 | [redacted] |
| 70 | [redacted] |
| 71 | [redacted] |
| 72 | [redacted] |

| | |
|---|---|
| 73 | [redacted] |
| 74 | [redacted] |
| 75 | [redacted] |
| 76 | [redacted] |
| 77 | [redacted] |
| 78 | [redacted] |
| 79 | [redacted] |
| 80 | [redacted] |
| 81 | [redacted] |
| 82 | [redacted] |
| 83 | [redacted] |
| 84 | [redacted] |
| 85 | [redacted] |
| 86 | [redacted] |
| 87 | [redacted] |
| 88 | [redacted] |
| 89 | [redacted] |
| 90 | [redacted] |
| 91 | [redacted] |
| 92 | [redacted] |
| 93 | [redacted] |
| 94 | [redacted] |
| 95 | [redacted] |
| 96 | [redacted] |
| 97 | [redacted] |
| 98 | [redacted] |
| 99 | [redacted] |
| 100 | [redacted] |
| 101 | [redacted] |
| 102 | [redacted] |
| 103 | [redacted] |
| 104 | [redacted] |
| 105 | [redacted] |
| 106 | [redacted] |
| 107 | [redacted] |
| 108 | [redacted] |
| 109 | [redacted] |

| | |
|---|---|
| 110 | [redacted] |
| 111 | [redacted] |
| 112 | [redacted] |
| 113 | [redacted] |
| 114 | [redacted] |
| 115 | [redacted] |
| 116 | [redacted] |
| 117 | [redacted] |
| 118 | [redacted] |
| 119 | [redacted] |
| 120 | [redacted] |
| 121 | [redacted] |
| 122 | [redacted] |
| 123 | [redacted] |
| 124 | [redacted] |
| 125 | [redacted] |
| 126 | [redacted] |
| 127 | [redacted] |
| 128 | [redacted] |
| 129 | [redacted] |
| 130 | [redacted] |
| 131 | [redacted] |
| 132 | [redacted] |
| 133 | [redacted] |
| 134 | [redacted] |
| 135 | [redacted] |